:12/6/03

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:  Case No. 01-51993-BKC-399
13
LAURA JEAN STANFIELD

## CERTIFICATION

The undersigned certifies that he made service in accordance with applicable Bankruptcy Rules, that 20 days have passed since service of Debtor's Motion to Sell Real Estate commonly known as 2124 Butterfield Court, Maryland Heights MO, that he has received no response in opposition to this Motion to Sell Real Estate, or that any opposition has been resolved.

Dated: 4/14/07

T. J. Mullin, Attorney for Debtor

## ORDER

No objections or exceptions having been filed, or if filed, having been overruled; now therefore,

IT IS ORDERED that the Debtor's Motion to Sell Real Estate known as 2124 Butterfield Court, Maryland Heights MO for the selling price $115,000 as set out in the documents previously filed is granted, that all valid liens be paid from proceeds at closing; and that not later than ten (10) days after the date of the sale, the Debtor is to file a report of said sale setting forth a description of the type and amount of exemptions being claimed, and the manner of distribution of all sale proceeds. Debtor shall pay to the Trustee all sums over the amount of $8,000 to be added to the plan base.

Date: APR 2 2 2003

U. S. BANKRUPTCY JUDGE
BARRY S. SCHERMER

Copy mailed to:
Office of U. S. Trustee
111 S. 10th St. #6353
St. Louis MO 63102

T. J. Mullin
Attorney for Debtor
7912 Bonhomme Ave. #303
Clayton MO 63105

John V. LaBarge, Jr.
Chapter 13 Trustee
P. O. Box 430908
St. Louis MO 63143

Debtor
Laura Stanfield
2124 Butterfield Court
Maryland Heights MO 63043